**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 18, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00462-CV**

---

**IN RE NATHAN BRADLEY HANKINS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251355**

---

## MEMORANDUM OPINION

On June 10, 2019, relator Nathan Bradley Hankins filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John R. Millard, presiding judge of the 328th District Court of Fort Bend County, to vacate

his May 17, 2019 order requiring relator to pay interim attorney's fees of $38,800.
.

Relator also has filed a motion for temporary relief, asking this court to stay this order pending a decision on his petition. *See* Tex. R. App. P. 52.10.

With certain exceptions not applicable in this proceeding, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has not established that he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus and motion for stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.